IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEISA DEJONG

        Plaintiff(s)

vs.

AHL SERVICES, INC. t/a SES STAFFING
SOLUTIONS ET AL.

        Defendant(s)

Civil Action No. MJG-00-3041

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Craig M. Wolff__ Esquire a member of the Bar of this court, moves the admission of __William A. Clineburg, Jr.__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Defendant AHL SERVICES, INC.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Georgia__

and/or the following United States Court(s): __Northern District of Georgia__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/58




-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| Signature / Craig M. Wolff | Signature \ William A. Clineburg, Jr. |
| KING & SPALDING | KING & SPALDING |
| 1730 Pennsylvania Avenue, N.W. | 191 Peachtree Street |
| Address | Address |
| Washington, DC 20006 | Atlanta, Georgia 30303 |
| (202) 737-0500 | (404) 572-4600 |
| Office phone number | Office phone number |
| (202) 626-3737 | (404) 572-5100 |
| Fax number | Fax number |
| Bar No. 24828 | |
| Md. U.S. District Court Number | |

ORDER

Motion  ✓  GRANTED

Motion  _____  GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  _____  DENIED

4/2/01

Dated

Judge, U.S. District Court